No. 513.  UNITED STATES *v.* CANNELTON SEWER PIPE Co.  C. A. 7th Cir.  Certiorari granted.  *Solicitor General Rankin, Acting Assistant Attorney General Heffron, Ralph S. Spritzer* and *Melva M. Graney* for the United States.  *Howard P. Travis* for respondent.

No. 376.  COMMISSIONER OF INTERNAL REVENUE *v.* DUBERSTEIN ET AL.  C. A. 6th Cir.  Certiorari granted.  *Solicitor General Rankin; Assistant Attorney General Rice* and *Assistant Attorney General Barnett* for petitioner.  *Sidney G. Kusworm* for respondents.

No. 546.  STANTON ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari granted.  *Basil O'Connor, John C. Farber* and *William F. Snyder* for petitioners.  *Solicitor General Rankin* for the United States.

No. 268.  LOHMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *J. Paul Prear* for petitioner.  *Solicitor General Rankin* and *Assistant Attorney General Yeagley* for the United States.

No. 509.  P. LORILLARD CO. ET AL. *v.* FEDERAL TRADE COMMISSION.  C. A. 3d Cir.  Certiorari denied.  *Cyrus Austin, Robert McCormack* and *John F. Dooling, Jr.* for petitioners.  *Solicitor General Rankin, Acting Assistant Attorney General Bicks; Charles H. Weston, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent.